```
            UNITED STATES DISTRICT COURT
         SOUTHERN DISTRICT OF WEST VIRGINIA
                  BLUEFIELD DIVISION
```

UNITED STATES OF AMERICA

v.                              Criminal Case No.:  1:02-00261

BETTY JEAN LESTER


**MEMORANDUM OPINION AND ORDER**

    Pending before the court is defendant's motion to expunge her criminal record.  (Doc. No. 43).  In a recent case from the Northern District of West Virginia, Judge Stamp discussed a district court's authority to expunge a federal conviction.  See United States v. Bowen, Criminal Action No. 5:92CR174 (STAMP), 2015 WL 2144012 (N.D.W. Va. May 7, 2015).  Judge Stamp concluded that the court was without jurisdiction to entertain the motion to expunge because (1) "no federal statute or regulation generally provides for expungement of a federal offense[;]" and (2) federal courts do not have ancillary jurisdiction to expunge federal criminal convictions.  Id. at *1 and 4.  In so doing, the Bowen court relied on a case from the Eastern District of Virginia, United States v. Mitchell, 683 F. Supp. 2d 427 (E.D. Va. 2010).  The court finds the decisions in Bowen and Mitchell persuasive and, for the reasons cited in those authorities, defendant's motion to expunge is **DENIED** as this court does not have jurisdiction to grant the requested relief.

    The Clerk is directed to forward a copy of this Memorandum Opinion and Order to counsel of record and to defendant.

It is SO ORDERED this 6th day of July, 2016.

    Enter:

    *David A. Faber*
    David A. Faber
    Senior United States District Judge